# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15CR0980-CAB |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE |
| RAFAEL PEREZ-GARIBAY, | |
| Defendant. | |

On November 9, 2015, the parties filed a Joint Motion To Dismiss the Indictment in this case without prejudice. Although the charging document reflected is incorrect, based on the reasons cited in the Joint Motion To Dismiss, and for good cause appearing, it is hereby ordered that the INFORMATION charging RAFAEL PEREZ-GARIBAY with importation of heroin in violation of 21 U.S.C. §§ 952 and 960 is hereby dismissed without prejudice.

SO ORDERED.

DATE:   11/10/15          _____
                          HONORABLE CATHY ANN BENCIVENGO
                          United States District Judge